IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

UNITED STATES OF AMERICA

vs.                                                             CAUSE NO. A-13-CR-211 LY

BILAL IDIR DEKKAR

_____

### ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

I find that the credible testimony and information submitted at the hearing establishes by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the defendant's appearance.

My reasons for this conclusion are that the defendant poses a serious risk of flight if released. Though he has ties to this community, he also has a long history of fraud which involves assuming others' identities and using stolen credit cards. He has engaged in extensive activity involving dishonesty such that a promise from the defendant that he would follow the Court's conditions is worthless. He is facing significant federal charges, and there are additional charges under investigation, all of which will present a strong incentive for the defendant to flee. And although they are not strong, the defendant has ties to Algeria, including owning an Algerian passport (which was seized by arresting officers). In short, the defendant appears to be very willing to engage in "confidence" activities, assume others identities, and impersonate law enforcement officers. There is no way that the Court could set any conditions short of confinement which would assure that such a person appears as required. Accordingly, the Court will GRANT the government's motion to detain the defendant as a serious risk of flight.

### Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Date:   April 18, 2013                                              _____
                                                                                    Andrew W. Austin
                                                                                    United States Magistrate Judge